UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARYL MCKENZIE,**

    **Petitioner,**

**v.**                                               **Case No. 5:19cv562-TKW-MJF**

**MARK S. INCH,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17). No objections were filed.[1] Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge that this case is due to be dismissed based on Petitioner's failure to prosecute and failure to comply with orders of the Court. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted by the Court and incorporated into this Order.

2. This case is **DISMISSED without prejudice**, and the Clerk shall close the file.

---

[1] It is not surprising that Petitioner did not file objections to the Report and Recommendation because, like the orders that preceded it, the Report and Recommendation was returned as undeliverable. *See* Doc. 18.

**DONE and ORDERED** this 15th day of June, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**